*Eustis, J.*—In these cases, the defendants, W. E. & J. H. Leverich, are the purchasers, and Hopkins is the endorser of the notes; with this exception, the facts in these cases are the same as those in which an opinion has been given.

EASTERN DIST.<br>*April,* 1839.<br><br>MAYOR ET AL.<br>*vs.*<br>HOPKINS ET AL.

The judgments of the District Court, are, therefore, affirmed, with costs in both courts.

═══════════

### MAYOR ET AL. *vs.* HOPKINS.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE BUCHANAN PRESIDING.

The sovereign authority in a state, can authorize the alienation of a *public place* destined for public use, when from the nature of its destination the public interest requires it.

This case is decided on the same facts and principles, involved in the case of the *Mayor et al.* vs. *Hopkins et al., ante* 326.

*Canon,* for plaintiffs.

*Preston,* for the appellants and defendants.

*Eustis, J.*—The facts of this case being the same as those in which an opinion has been just given, the judgment of the court below is affirmed, with costs in both courts.